IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00007-WJM-KLM

RICHARD CARROLL, and
SHARON CARROLL,

      Plaintiffs,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,

      Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on the parties' conference call to the Court requesting a telephonic discovery hearing.

      IT IS HEREBY **ORDERED** that a telephonic Discovery Hearing is scheduled for December 21, 2012 at 9:00 a.m.  The parties shall first conference together and then call Chambers at (303) 335-2770 at the designated time.

      Dated:  December 20, 2012