IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00007-WJM-KLM

RICHARD CARROLL, and
SHARON CARROLL,

    Plaintiffs,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Motion to Withdraw as Counsel of Record** [Docket No. 41; Filed December 21, 2012] (the "Motion") filed by Attorney Nicole Vincent, co-counsel for Defendant.

    IT IS HEREBY **ORDERED** that the Motion [#41] is **GRANTED**. Attorney Vincent is relieved of any further representation of Defendant in this case. The Clerk of the Court is instructed to terminate Attorney Vincent as counsel of record, and to remove her name from the electronic certificate of mailing. Defendant shall continue to be represented by Attorneys Andrew Allen Scott, Evan Bennett Stephenson, Matthew Robert Stevens and Terence M. Ridley.

    Dated:  January 2, 2013