IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00007-WJM-KLM

RICHARD CARROLL, and
SHARON CARROLL,

      Plaintiffs,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,

      Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Defendant's **Second Motion to Amend Scheduling Order** [Docket No. 44; Filed February 1, 2013] (the "Motion") and the parties' **Joint Motion to Amend Scheduling Order** [#47; Filed February 13, 2012] (the "Joint Motion"). The parties explain in the Joint Motion that they have reached agreement on proposed amendments to the Scheduling Order [#7], thus rendering the Motion moot. Pursuant to the parties' agreement,

      IT IS HEREBY **ORDERED** that the Joint Motion [#47] is **GRANTED**. The Scheduling Order entered on March 5, 2012 [#7], and modified on November 29, 2012 [#37], is further modified to extend the following deadlines:

- Supplementation of Affirmative Expert Designations   **March 15, 2013**
- Rebuttal Expert Designation Deadline   **April 15, 2013**
- Discovery Cut-off   **May 1, 2013**
- Dispositive Motion Deadline   **May 24, 2013**

      IT IS FURTHER **ORDERED** that the Motion [#44] is **DENIED AS MOOT**.

      Dated: February 14, 2013