IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00007-WJM-KLM

RICHARD CARROLL, and
SHARON CARROLL,

    Plaintiffs,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion for a Ruling That Plaintiffs' Expert, Dr. Stanley H. Ginsberg, May Charge Only $400 Per Hour For Videotaped Deposition Testimony** [Docket No. 51; Filed April 9, 2013] (the "Motion"). Defendant states that Plaintiffs do not oppose the relief requested in the Motion.

    IT IS HEREBY **ORDERED** that the Motion [#51] is **GRANTED**.

    Dated:  April 10, 2013