IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00007-WJM-KLM

RICHARD CARROLL, and
SHARON CARROLL,

     Plaintiffs,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,

     Defendant.
_____

## ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendant's **Motion to Strike Plaintiff's Response to Motion to Strike Expert Fye and for Sanctions** [Docket No. 65; Filed May 10, 2013] (the "Motion to Strike") and Defendant's **Unopposed Motion to Stay Reply in Support of Motion for Sanctions Regarding Plaintiffs' Purported Expert Fye, Pursuant to Federal Rules of Civil Procedure 30 and 37** [Docket No. 69; Filed May 22, 2013] (the "Motion to Stay").  On May 21, 2013, Plaintiffs filed a Response to the Motion to Strike [#67].

In the Motion to Strike, Defendant argues that Plaintiffs' Response should be stricken because it exceeds the 15 page limit, "is replete with *ad hominen* [sic] attacks . . . an irrelevant quote from the movie *Casablanca*, and irrelevant and impertinent argument . . ." *Motion to Strike* [#65] at 2.  In their Response, Plaintiffs recognize they "did not seek leave of the Court for additional pages to fully respond to all the allegations set out by" Defendant and state that they "are willing to amend their [R]esponse to the 15 page limit . . ." if directed to do so by the Court  *Resp.* [#67] at 3.

IT IS HEREBY **ORDERED** that the Motion to Strike [#65] is **GRANTED**.  Plaintiffs may file a response to Defendant's Motion for Sanctions Regarding Plaintiffs' Purported Expert Fye, Pursuant to Federal Rules of Civil Procedure 30 and 37 [#57] that complies with the Federal Rules of Civil Procedure, the Local Rules of this Court, Judge Martinez's Practice Standards, and the undersigned's Practice Standards on or before **June 3, 2013**.

IT IS FURTHER **ORDERED** that the Motion to Stay [#69] is **DENIED as moot**.

Dated:  May 23, 2013